**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 25, 2014**

Mr. C. David Burnett
Burnett Law Firm
Post Office Box 704
Osceola, AR 72370-0704                             Via email: burnett_law@yahoo.com

      Re:   *Jones-Kimbrough v. Allstate Insurance Co.,*
            Case No. 3:13-CV-00261-BRW

Dear Mr. Burnett:

I have received Defendant's Motion for Summary Judgment, which was filed on August 4, 2014.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Thursday, August 28, 2014, I will grant the motion.

                                                  Cordially,

                                                  /s/ Billy R. Wilson

Original to Clerk of the Court
cc:     Other Counsel of Record

---

[1] The response was due on Thursday, August 21, 2014.